IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ANDREW PERKINS, #942, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-cv-01175-JPG |
| ) | |
| KYLE BACON, *et al*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

On June 4, 2025, this Court opened the above-referenced case upon receipt of a Complaint (Doc. 1) filed by Plaintiff Michael Andrew Perkins. Plaintiff commenced this action without prepaying the $405.00 filing fee or filing a Motion for Leave to Proceed *in forma pauperis* (IFP motion). On the same date, the Court sent a Notice and Order (Doc. 2) to Plaintiff concerning this matter. There, the Court informed Plaintiff of his obligation to prepay the entire filing fee of $405.00 or to submit a properly completed IFP motion within thirty days (July 3, 2025). *Id*. He was also advised of his ongoing obligation to notify the Court of any address change within fourteen (14) days. Plaintiff was warned that failure to comply with the Notice and Order (Doc. 2) provides grounds for dismissing the entire action. *Id*. (citing FED. R. CIV. P. 41). Document 2 was mailed to Plaintiff at the address on file with the Clerk's Office: Michael Andrew Perkins, #942, Franklin County Jail, 403 East Main Street, Benton, IL 62812.

On June 18, 2025, the Court received the Notice and Order (Doc. 2) after being returned undelivered with no forwarding address. The Court has received no notice of address change or other communication from Plaintiff since he filed the Complaint. In addition, Plaintiff has not paid the filing fee or filed an IFP motion.

1

Plaintiff is **ADVISED** that he **REMAINS** obligated to keep the Clerk and each opposing party informed of any change in his address, and the Court will not independently investigate his whereabouts. Notification to the Court of any address change shall be made in writing no later than fourteen (14) days after a transfer or other change in address occurs.

To proceed with this matter, Plaintiff is **ORDERED** to provide the Court with his current address, as well as the $405.00 filing fee or a properly completed IFP motion, by **July 3, 2025**. He is **WARNED** that failure to comply with the Court's Order will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

**The Clerk of Court is DIRECTED to SEND a copy of the Notice and Order (Doc. 2) and this Order to Plaintiff's last known address: Michael Andrew Perkins, #942, Franklin County Jail, 403 East Main Street, Benton, IL 62812.**

**IT IS SO ORDERED**.

**DATED: 6/23/2025**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**